**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MELISSA FAHY,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-7775** |
| | : | |
| **HC SALON HOLDINGS INC.,** | : | |
| **Defendant.** | : | |

**ORDER**

AND NOW, this 27th day of October, 2026, upon consideration of Plaintiff Melissa Fahy's *pro se* Motion to Proceed *In Forma Pauperis* (ECF No. 1), Complaint (ECF No. 2), and Motion to Appoint Counsel (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.
2. The Complaint is **DEEMED** filed.
3. For the reasons stated in the Court's accompanying Memorandum, the Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.
4. The Motion to Appoint Counsel is **DENIED** as moot.
5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**HON. MIA R. PEREZ**